Corderral Smith #1670188
Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606

82,815-01

Clerk, Abel Acosta
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

At: Monday, July 6, 2015

RE: CR28321-A, Ex Parte Corderral Smith, Application for 11.07 Writ of Habeas Corpus

Clerk,

DUE TO LACK OF Communication between my Attorney and myself, I am Currently unaware of The "Status" of my case and what "stage" in The Process we are Currently at, I am Requesting any and all Related documentation You can Give me related to my case all documents Filed by The defense as well as The State and Any response Thereof Concerning my 11.07 only Please, I Am basically Requesting a simple status Update, So That I may be aware As not to miss Any deadlines as Required by Law or The Courts, Thank You For Your Time And Attention In This matter And my mailing Address Is as Stated Above, Thank You.

~Respectfully,

Corderral Smith #1670188
Clements Unit
9601 Spur 591
Amarillo, TX 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk